UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN N. BACH,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF IDAHO; BEN YSURA, SECRETARY OF STATE; LARRY WASDEN, IDAHO ATTORNEY GENERAL; SUPREME COURT, STATE OF IDAHO; DOES 1-20,<br><br>            Defendants. | Case No. 4:04-cv-00205-TGN<br><br>**ORDER** |

    Finding good cause,

    IT IS HEREBY ORDERED that the Clerk is directed to transfer the sum of one hundred dollars ($100) to the Unclaimed Funds Account.

DATED: March 19, 2019

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1